UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DEEDEE KAY HAYES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:18-CV-145-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 25]. The court DENIES plaintiff's motion for judgment on the pleadings [D.E. 20], GRANTS defendant's motion for judgment on the pleadings [D.E. 22], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on August 16, 2019, and Copies To:**
Monica Rathke Savidge                    (via CM/ECF electronic notification)
Gabriel R. Deadwyler                       (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
August 16, 2019                              (By) /s/ Nicole Sellers
                                                         Deputy Clerk